UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**SEAN PHILLIP CHAMP,**

    **Plaintiff,**

v.        Case No. 3:14cv292/MCR/EMT

**FLORIDA DEPARTMENT OF CORRECTIONS,**

    **Defendant.**
_____/

## ORDER

This cause comes on for consideration upon the Chief Magistrate Judge's Report and Recommendation dated July 17, 2014 (doc. 4). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No timely objections have been filed.

Having considered the Report and Recommendation, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Chief Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Plaintiff's notice of voluntary dismissal (doc. 3) is **GRANTED** and this case is **DISMISSED without prejudice**.

**DONE and ORDERED** this 18th day of August, 2014.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**